PROB 12C(e)
(04/08)

November 8, 2013

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

DOA 11-4-16

AZ No: 16-8422MJ

**Name of Offender:** Davyd George Jimenez (English)   **Dkt No.:** 09CR02092-001-L

**Reg. No.:** 81767-308

**Name of Sentencing Judicial Officer:** The Honorable M. James Lorenz, Senior U.S. District Judge

**Original Offense:** 18 U.S.C. § 1028(a)(3), Possession with Intent to Use Five of More Identification Documents, a Class E felony

**Date of Sentence:** June 10, 2013

**Sentence:** Eight months in custody; three years of supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** July 16, 2013

**Asst. U.S. Atty.:** Lawrence A. Casper    **Defense Counsel:** Michael Stephen Berg
(Retained)
(619) 239-2186

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

PROB12C(e)

| | |
|---|---|
| Name of Offender: Davyd George Jimenez | November 8, 2013 |
| Docket No.: 09CR02092-001-L | Page 2 |

The probation officer believes that the offender has violated the following condition(s) of supervision:

## CONDITION(S)

**(Mandatory Condition)**
Not commit another federal, state, or local crime. *(nvl)*

## ALLEGATION(S) OF NONCOMPLIANCE

1. On or about November 5, 2013, Mr. Jimenez interfered with or disrupted an educational institution, in violation of Arizona Revised Statute (ARS) 13-2911.A1a (felony), as evidenced by Scottsdale, Arizona, Police Department Report Nos. 13-25472 and 13-25482.

2. On or about November 5, 2013, Mr. Jimenez falsely reported a bomb threat, in violation of ARS 13-2907.A1 (felony), as evidenced by Scottsdale Police Department Report Nos. 13-25472 and 13-25482.

3. On or about November 5, 2013, Mr. Jimenez falsely represented an emergency (misd.), as evidenced by Scottsdale Police Department Report Nos. 13-25472 and 13-25482.

***Grounds for Revocation:*** As to allegations 1-3, I have received and reviewed Scottsdale Police Department Report Nos. 13-25472 and 13-25482, which confirm the following: On November 5, 2013, Scottsdale Police 911 Operators received an anonymous phone call. The caller threatened to detonate bombs at two high schools in Scottsdale, Arizona. As a result of the bomb threats, the schools were in complete lockdown.

Scottsdale Police Detectives researched the phone number and learned that it was associated with a pre-paid Verizon cell phone. Additionally, they determined that a previous call with that telephone number was made to A-1 Coin, a business in Scottsdale, Arizona.

Officers went to A-1 Coin and spoke to the owner of the coin shop. The owner related that an individual had called inquiring about Morgan silver dollars, which he confirmed having in his inventory. Afterwards, a male subject, later identified as "Daniel Alberto Verdin," entered the store and inquired about the Morgan silver dollars. In conversation, Mr. Verdin indicated that he was the same person who had previously called inquiring about the silver dollars. He remained in the store for approximately ten minutes and then left without making a purchase.

After detectives completed their interview with the owner of A-1 Coin, they observed a pickup truck near the store. The vehicle was running and was occupied by three subjects. Officers observed Mr. Verdin and Mr. Jimenez exit the truck and go towards the coin shop, while the driver of the truck, later identified as "Moises Sanches-Otiz" exited and sat down on the open tailgate.

Officers made contact with Mr. Verdin and Mr. Jimenez, and Mr. Verdin told detectives that he had borrowed an unidentified person's cell phone to make phone calls to the coin shop. Officers discovered that Mr. Verdin had no identification and was carrying a black glove in his back pocket. Mr. Jimenez claimed that he was facilitating the purchase of the Morgan silver dollars for Mr. Verdin, and he had a previous business relationship with the owner of the coin shop. The owner stated he did not recognize Mr. Jimenez.

PROB12C(e)
Name of Offender: Davyd George Jimenez  November 8, 2013
Docket No.: 09CR02092-001-L  Page 3

---

Officers were informed that Mr. Sanches-Ortiz had fled the scene when additional patrol cars were arriving at the scene.

Officers were able to locate Mr. Sanches-Ortiz inside a CVS pharmacy and he admitted that he had Mr. Verdin's California driver's license in his possession. He also stated that he acquired a Chevy Cruze rental car, which was located at another location.

Detectives concluded that the three had been involved in making the bomb threats in order to divert police resources away from the coin shop in order to commit a robbery. All three were ultimately arrested and transported to Scottsdale City Jail.

During the execution of a search warrant of the two vehicles, officers discovered multiple phones (some of which were pre-paid), handcuffs, stun gun, zip ties, and a colt revolver.

Post arrest, Mr. Jimenez admitted to meeting Mr. Verdin and Mr. Sanches in Calexico, California, on November 4, 2013 and driving to Goodyear, Arizona, in two separate cars later that day. When they arrived, they rented a Super 8 hotel room and shared one room. He told detectives that Mr. Verdin asked him to purchase a pre-paid cellular phone from a store. Mr. Jimenez stated that when he returned to the room, he saw handcuffs, zip ties, and a Colt revolver sitting on the bed. Jimenez stated that he did not believe there were any bullets for the gun, and noted that he was not sure if he had touched the gun while it was in the room.

Mr. Jimenez told detectives that while in the hotel room, Mr. Sanches wrote a script on a piece of paper and asked him to record it onto his cell phone. He explained that the script was the bomb threat for the school that was ultimately used to call 911 in Scottsdale, Arizona. Mr. Verdin then edited the recording and used an app on his phone to distort his voice. The following day, Mr. Jimenez drove his truck and followed Mr. Verdin and Mr. Sanches, who were in the second vehicle. When they arrived, Mr. Jimenez dialed A-1 Coin store on the pre-paid phone and handed the phone to Mr. Verdin. When they arrived, Mr. Verdin asked Mr. Jimenez to call 911, and then handed the phone back to Mr. Verdin, at which time he played the pre-recorded bomb threat message. Mr. Jimenez stated that after the 911 call, he realized that the coin store was a possible target for the robbery.

Mr. Jimenez also claimed that he originally went to Phoenix, Arizona, to assist Mr. Verdin with the transportation of a large amount of cocaine after Mr. Verdin and Mr. Sanches brokered a deal with some "blacks" and to also help Mr. Verdin exchange proceeds from drug sales from cash into gold coins. Additionally, he stated that Mr. Verdin recently had 10 kilograms of cocaine stolen from him in Calexico, California, and he had 30 days to repay his supplier in Mexicali, B.C., Mexico.

To date, Mr. Jimenez has not been charged for the above listed law violations, and is currently in custody at the Maricopa County Jail in Phoenix, Arizona. Should additional charges be filed, an amended Petition for Warrant or Summons for Offender Under Supervision will be submitted to the Court.

PROB12C(e)

| | |
|---|---|
| Name of Offender: Davyd George Jimenez | November 8, 2013 |
| Docket No.: 09CR02092-001-L | Page 4 |

**(Standard Condition)**
Not associate with any persons engaged in criminal activity, and not associate with any person convicted of a felony unless granted permission to do so by the probation officer. *(nv14)*

4. On or about November 5, 2013, Mr. Jimenez associated with Daniel Alberto Verdin and Moises Sanches-Ortiz, individuals who were engaging in criminal activity, as evidenced by Scottsdale Police Department Report Nos. 13-25472 and 13-25482.

***Grounds for Revocation:*** I have received and reviewed Scottsdale Police Department Report Nos. 13-25472 and 13-25482, which confirm that Mr. Jimenez associated with the above listed individuals who were engaged in the above noted law violations.

**(Standard Condition)**
Not leave the judicial district without permission of the court or the probation officer. *(nv6)*

5. On or about November 5, 2013, Mr. Jimenez left the judicial district without permission of the probation officer.

***Grounds for Revocation:*** As reflected in Scottsdale Police Department Report Nos. 13-25472 and 13-25482, on November 5, 2013, Mr. Jimenez was arrested in Scottsdale, Arizona. He did not have permission from the probation officer to travel to Arizona.

## VIOLATION SENTENCING SUMMARY

### JUSTIFICATION FOR BENCH WARRANT

Mr. Jimenez's actions represent a potential danger to the community, thus justifying the issuance of a bench warrant and the denial of bail in this matter.

### RECOMMENDATION

The offender has violated the conditions of supervision by committing a new law violation. His actions indicate he is a danger to the community and represent a blatant disregard for the authority of the Court. That said, it is respectfully recommended that a no-bail bench warrant be issued, and that Mr. Jimenez be brought before Your Honor to answer for his conduct.

PROB12C(e)

Name of Offender: Davyd George Jimenez  
Docket No.: 09CR02092-001-L

November 8, 2013  
Page 5

It is noted that the U.S. Probation Officer supervising this offender will be amending this petition expeditiously in order to provide the Court with the Violation Worksheet and information thoroughly covering the offender's supervision adjustment, personal history and characteristics, sentencing options, and the sentencing recommendation.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: **November 8, 2013**

Respectfully submitted:  
DAVID J. SULTZBAUGH  
CHIEF PROBATION OFFICER

Reviewed and approved:

by

Larry D. Huerta  
Senior U.S. Probation Officer  
(619) 409-5124

Lisa M. Coen  
Supervising U.S. Probation Officer

PROB12C(e)

| | |
|---|---|
| Name of Offender: Davyd George Jimenez | November 8, 2013 |
| Docket No.: 09CR02092-001-L | Page 6 |

## THE COURT ORDERS:

__✓__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(Currently in custody at the Maricopa County Jail, Phoenix, Arizona)

_____ THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE COURT ON _____, AT _____, TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

_____ Other _____

_____     11/8/13
for The Honorable M. James Lorenz              Date
Senior U.S. District Judge

AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Davyd George Jimenez | WARRANT FOR ARREST<br><br>Case Number:   09-cr-02092-L<br><br>**NOT FOR PUBLIC VIEW** |

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Davyd George Jimenez
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
                                                                                      ☐ Pretrial Violation

charging him or her with (brief description of offense):

In violation of Title      See Above          United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                         Clerk of the Court
Name of Issuing Officer                        Title of Issuing Officer

K. Martin-Brown                                11/8/2013         San Diego, CA
Signature of Deputy                            Date and Location

Bail fixed at $         No Bail         by       The Honorable Janis L. Sammartino
                                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |